UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -- GENERAL

| Case No. | CV 07-08068 DDP (VBKx) | Date | May 14, 2008 |
|---|---|---|---|

Title    SYLVIA GARCIA, individually and on behalf of all others similarly situated and as private attorneys general -V- COMFORT INN SUITES, BHAGABHI N. PATEL, JASHVANTI PATEL, RUSH PATEL, and ANGEL PATEL

Present: The Honorable    **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

NO APPEARANCE                                NO APPEARANCE

Proceedings:    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than May 30, 2008 why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

● Answer by the defendant(s) or plaintiff's request for entry of default.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

|  | : | N / A |
|---|---|---|
| Initials of Preparer |  | JAC |